# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

BONNIE BROWN, as mother  :
and next friend of SHATICA
S. BROWN, :

    Plaintiff, :

vs. : CA 04-0459-BH-C

JO ANNE B. BARNHART, :
Commissioner of Social Security,

     :

    Defendant.

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 22, 2005 is **ADOPTED** as the opinion of this Court.

**DONE** this 25th day of April, 2005.

                                       s/ W. B. Hand
                                   SENIOR DISTRICT JUDGE